UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| IN THE MATTER OF: | CASE NO. 2:22-MJ-228 |
| SEARCH AND SEIZURE WARRANTS, APPLICATIONS, PEN REGISTERS, AND NON-DISCLOSURE ORDERS | MAGISTRATE JUDGE KING |

**MOTION TO SEAL SEARCH AND SEIZURE WARRANTS, APPLICATIONS, PEN REGISTERS, NON-DISCLOSURE ORDERS, AND RELATED DOCUMENTS**

The United States of America, by and through undersigned counsel, pursuant to Federal Rule of Criminal Procedure 41(f)(3) and 18 U.S.C. §3103a(b)(3), respectfully requests that the Search and Seizure Warrants, Applications, Pen Registers, Non-Disclosure Orders, and related documents in this case remain sealed until January 31, 2025. The undersigned counsel represents that this case relates to an extensive, ongoing, and long-term criminal investigation that would be compromised if the existence of the investigation becomes known. The undersigned counsel further represents that if the documents are unsealed, pertinent evidence may be destroyed, and targets or other individuals associated with the investigation may attempt to flee the jurisdiction of the Court.

WHEREFORE, the United States respectfully requests that the Search and Seizure Warrants, Applications, Pen Registers, Non-Disclosure Orders, and related documents in this case be sealed until January 31, 2025.

Respectfully submitted,

KENNETH L. PARKER
United States Attorney

s/Peter K. Glenn-Applegate
PETER K. GLENN-APPLEGATE (0088708)
Assistant United States Attorney
303 Marconi Boulevard, Suite 200
Columbus, Ohio 43215
Office: (614) 469-5715
E-mail: Peter.Glenn-Applegate@usdoj.gov